UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA NGUYEN | CIVIL ACTION NO: |
| VERSUS | JUDGE |
| UNITED STATES<br>(OBO UNITED STATES POSTAL SERVICE) | MAGISTRATE |

## COMPLAINT

The complaint of plaintiff, **Linda Nguyen**, a person of legal age and citizen of the State of Louisiana, respectfully represents:

### JURISDICTION AND VENUE

1. This is a civil action against the United States brought under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671-2680 and 28 U.S.C. § 1346, for money damages for personal injury and loss of property caused by the negligent or wrongful act or omission of an employee of the government while acting within the scope of her office or employment.

2. The incident out of which this claim arises occurred on October 13, 2018.

3. Plaintiff, Linda Nguyen, timely presented her administrative claim to the appropriate Federal agency by filing a Standard Form 95 on **April 9, 2020**, bearing Claim Number: USPS Case# 700-19-00176.

4. More than six months have elapsed since the filing of the administrative claims without the Federal agency making a final disposition of the claims.

5. Venue is proper in this judicial district because it is the judicial district where the plaintiffs reside and where the negligent act, error or omission complained of occurred.

## PARTIES

6. Plaintiff, Linda Nguyen, is a person of legal age and is a citizen of the State of Louisiana. Plaintiff resides within this judicial district.

7. Made defendant herein is the United States.

## STATEMENT OF CLAIM

8. The incident out of which this claim arises occurred on October 13, 2018, at approximately 4:00 p.m. (CST), in East Baton Rouge Parish, Louisiana.

9. On that date and at said time, Megan Morgan, failed to yield while attempting to make a left turn from Greenwell Springs Road onto Wax Road in Baton Rouge, LA, causing a head-on collision with a 2015 Hyundai Santa Fe, owned and being lawfully operated by Phuong Thien TA, and being occupied by Linda Nguyen (recently widowed and 26 weeks pregnant).

10. At the time of the incident out of which this claim arises, Megan Morgan was operating a U.S. mail truck vehicle, owned by United States Postal Service ("USPS").

11. More specifically, at the time of the accident and all pertinent times thereto, Megan Morgan was operating a 1989 GM, LLB-A truck (Vin Number: 1GBBS10E3K2311776).

12. At the time of the incident out of which the claim arises, Megan Morgan was an employee of the USPS.

13. At the time of the incident out of which the claim arises, Megan Morgan was acting within the scope of her employment as a U.S. Postal mail carrier.

## CAUSE OF ACTION

14. The cause of the incident out of which the claim arises and the resulting injuries suffered by plaintiffs was the negligence of Megan Morgan, which negligence consisted of:

   a. Violations of the Louisiana Highway Regulatory Act;

   b. Failing to yield to a lawfully proceeding vehicle;

   c. Careless operation of a vehicle;

   d. Turning left into the path of a lawfully proceeding vehicle;

   e. Causing a collision in the lane of traffic of a lawfully proceeding vehicle;

   f. Failing to see what she should have seen;

   g. Gross and wanton disregard for the safety of others;

   h. Failing to exercise the required degree of care under the circumstances; and

   i. Any and all others acts, errors and/or omissions that will be discovered and proven during this litigation.

15. The United States is liable for the negligent or wrongful acts or omissions of its government employee, Megan Morgan.

## DAMAGES – LINDA NGUYEN

16. As a result of the incident out of which this claim arises, Linda Nguyen sustained personal injuries to her cervical, thoracic and lumbar spine, abdominal pain and vaginal bleeding in pregnancy, depression and anxiety, contusions and abrasions and with past medical expenses incurred to date exceeding $35,955.80.

17. As a further result of the incident out of which this claim arises and as a direct consequence of the injuries sustained thereby, Linda Nguyen has endured and will continue to endure, disability, physical pain and suffering, mental anguish and emotional distress, and the loss of life's enjoyments.

18. As a further result of the incident out of which this claim arises and as a direct consequence of the injuries sustained thereby, Linda Nguyen has incurred and may continue to incur medical expenses, loss of wages, and loss of earnings and income earning capacity.

19. Linda Nguyen is entitled to a judgment finding the United States liable to her for all damages suffered as a result of incident out of which this claim arises and awarding her adequate compensation therefor in amounts to be determined at trial, but averred by Linda Nguyen in her Standard Form 95 to be $625,000.00 for personal injury.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiffs, Linda Nguyen prays that after due proceedings are had there be judgment in her favor and against defendant, United States:

a. For damages for personal injury in the amount of $625,000.00 to Linda Nguyen;

b. For costs and fees incurred by the plaintiffs in the litigation;

c. For post-judgment interest on all amounts owed; and

d. Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

Respectfully submitted by attorneys for plaintiff, Linda Nguyen:

**LOCKE MEREDITH, SEAN FAGAN & ASSOCIATES**
A Professional Law Corporation
1300 Millerville
Baton Rouge, Louisiana 70816
(225) 272-5300

*/s/ Sean D. Fagan*
Sean D. Fagan
Bar Roll Number: 20806
Locke Meredith
Bar Roll Number: 18339
Collins Meredith
Bar Roll Number: 35915
Mitchell Meredith
Bar Roll Number: 37229
Sean.fagan@lockemeredith.com
Mitchell.meredith@lockemeredith.com
Locke.meredith@lockemeredith.com
Collins.Meredith@lockemeredith.com